UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

                                                                                           Case No. 14-70300-reg

      NORTH AMERICAN AERO INC,

                                Debtor.                        Chapter 11
-----------------------------------------------------------------x

## ORDER TO SHOW CAUSE

        The Debtor having filed a petition for relief under Chapter 7, case no. 13-71260-reg, on March 14, 2013, and the Court having dismissed the case by order dated September 26, 2013 for the Debtor's failure to appear at the first meeting of creditors in accordance with 11 U.S.C. § 341, and the Debtor having filed a second petition for relief under Chapter 11, case no. 13-75359-reg, on October 21, 2013 and the petition having been filed *pro se*, and the Court having dismissed the case by order dated November 6, 2013 for the Debtor's failure to comply with the Court's directive that the Debtor obtain counsel, and the Debtor having filed a third petition for relief under Chapter 11 in the above-captioned case on January 27, 2014, and the petition having been filed *pro se*, and the Court having determined that the multiple filings by the Debtor exhibit bad faith and may warrant the imposition of sanctions against the Debtor pursuant to 11 U.S.C. § 105(a) and dismissal or conversion of the case pursuant to 11 U.S.C. § 1112(b)(1); it is hereby

        ORDERED, that the Debtor show cause at **1:30 p.m.** on the date of **February 12, 2014** before the Honorable Robert E. Grossman, Bankruptcy Judge, in Courtroom 860, United States Bankruptcy Court, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York, why the Debtor should not be sanctioned for cause pursuant to 11 U.S.C. §

105(a) and why the Debtor's case should not be dismissed or converted to a case under Chapter 7 for cause pursuant to 11 U.S.C. § 1112(b)(1); and it is further

ORDERED, that the Clerk of the Court give notice of this Order to the Debtor, the Office of the United States Trustee, all creditors listed in the petition and any party filing a notice of appearance in this case by regular mail on or before January 31, 2014; and it is further

ORDERED, that opposition to the relief requested in this Order to Show Cause shall be filed with the Court so as to be received on or before February 10, 2014 at 12:00 p.m.



**Dated: Central Islip, New York**
**January 29, 2014**

Page 2 of 2

_____
**Robert E. Grossman**
**United States Bankruptcy Judge**